Viola Rapson et al., appellees, v. Silver Cross Hospital, appellant. Gen. No. 9,063.

Opinion filed September 3, 1936.

Barr & Barr and Irving Shutts, for appellant; Walter O. Herschbach, of counsel. Francis J. Loughran, for appellees.

Mr. Presiding Justice Huffman delivered the opinion of the court.

William L. O'Connell, appellant, v. Pelton Clinic of Elgin, Inc., appellee. Gen. No. 9,082.

Opinion filed September 3, 1936.

Edgar O. Eakin and Theodore N. Schnell, for appellant. Arthur L. Paulson and W. B. Morgan, for appellee.

Mr. Presiding Justice Huffman delivered the opinion of the court.

C. A. Widman and Samuel Twait, appellees, v. Peoples Trust and Savings Bank of Ottawa et al., defendants. First National Bank of Ottawa and Robert Carr, appellants. Gen. No. 9,108.

Opinion filed September 3, 1936.

Robert C. Carr and Joseph D. Carr, for appellants. Edgar Eldredge, for appellees.

Mr. Presiding Justice Huffman delivered the opinion of the court.

Virgil J. Morton, executor of the estate of William H. Edwards, deceased, appellant, v. Leon A. Wilson and Edna I. Wilson, appellees. Gen. No. 9,069.

Opinion filed September 3, 1936.

Charles Hudson, for appellant. Gordon C. Bunge, for appellees.

Mr. Justice Dove delivered the opinion of the court.